THE BOWERY SAVINGS BANK, PLAINTIFF, v. PRINCETON RECREATION CENTER, INC., DEFENDANT AND NAT KLEINWAKS, TRUSTEES, DEFENDANT-PETITIONER, v. BROAD NATIONAL BANK, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Mr. Jack L. Cohen* and *Mr. Irwin A. Horowitz* for the petitioner.

*Messrs. Riker, Danzig, Scherer & Brown* for the respondent.

July 1, 1966. Denied.

EDWARD CHAPELL, *ETC.*, *ET ALS.*, PLAINTIFFS, v. ROBERT C. BLANK, *ET ALS.*, DEFENDANTS; LOUIS BLANK, DEFENDANT & THIRD PARTY PLAINTIFF-RESPONDENT, v. LEO FLASTER AGENCY, INC., THIRD-PARTY DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Feuerstein & Sachs* and *Mr. Peter S. Valentine* for the petitioner.

*Mr. Charles Frankel* and *Mr. Abraham Frankel* for the respondent.

July 1, 1966. Denied.

JANE A. JERNIGAN, PETITIONER-RESPONDENT, v. LAKEHURST MOTORS, RESPONDENT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Mr. Isidor Kalisch* for the petitioner.

*Messrs. Camp & Simmons* for the respondent.

July 1, 1966. Granted.